Civil Action No. 14-cv-02946-CMA-CBS
Case Name: Beckus v. Igor Holdings f/k/a Receivable Management Services

## PROOF OF SERVICE

| SERVED | DATE | PLACE |
|---|---|---|
| Igor Holdings Inc | 11-03-14 | 1675 Broadway Ste 1200 Denver, Co 80202 |

| SERVED ON (Print Name) | MANNER OF SERVICE |
|---|---|
| The Corporation Company | Cherie Nash @ 1055a |

| SERVED BY (Print Name) | TITLE |
|---|---|
| Ronald Gardner | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 11-03-2014
Date

Signature of Server: Ronald Gardner

Address of Server: 12143 Melody Dr
Westminster, Co 80234

[Signature] Fran Cooke
11-03-2014

FRAN COOKE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20044025372
MY COMMISSION EXPIRES JULY 20, 2016