IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-02946-CMA-CBS  Date: November 7, 2014
Courtroom Deputy: Amanda Montoya  FTR – Reporter Deck-Courtroom A402

*Parties:*  *Counsel:*

TINIKA J. BACKES,  Diane King
  Kimberly Jones

Plaintiff,

v.

IQOR HOLDINGS, INC.,  Timothy Kratz
  Veronica Grabow

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session: 11:24 a.m.**
Court calls case. Appearances of counsel.

MOTION [2] to Expedite Discovery and Early Trial Date and MOTION [3] for Leave to Take Preservation Deposition of Plaintiff are pending. The Plaintiff has a medical issue in which trial would need to be executed. The earliest trial date before District Judge Arguello would be May 4, 2015.

**ORDERED:** MOTION [3] for Leave to Take Preservation Deposition is **GRANTED.**

Parties are REQUIRED to exchange 26(a) disclosures to include producing physical documents, no later than November 21, 2014.

Parties are REQUIRED to have a 26(f) conference on or before November 12, 2014.

The Plaintiff is allowed to serve requests for production in advance of the 26(f) conference. The 30 days for response will start to run from the date of the 26(f) conference.

>A Scheduling Conference is set for December 2, 2014 at 8:00 a.m. The proposed Scheduling Order is due by 12:00 p.m. on December 1, 2014.
>
>MOTION [2] to Expedite Discovery and Early Trial Date is **DENIED without prejudice.**

The Court will speak with District Judge Arguello's chambers in an effort to reserve the May 4, 2015 date for trial.

Hearing Concluded.

**Court in recess: 11:44 a.m.**
Time in court: 00:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.